1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

EVA PEREZ,                                          )
                                                    )
11                          Plaintiff,              )        Case No. 2:15-cv-01553-JAD-NJK
                                                    )
12   vs.                                            )        ORDER DENYING REQUEST
                                                    )        TO EXTEND
13   STATION CASINOS, LLC, et al.,                  )
                                                    )        (Docket No. 21)
14                          Defendants.             )
                                                    )
15   _____            )

16          Pending before the Court is a "notice" that Plaintiff has extended Defendant Nelson's time to

17   answer or otherwise respond to Plaintiff's complaint.  Docket No. 21.  Deadlines may only be extended

18   by the Court, and requests to extend are not effective until approved by the Court.  *See* Local Rule 7-

19   1(a).  The Court construes the "notice" as a request to extend time, which is hereby DENIED without

20   prejudice.  *See* Local Rule 6-1(b) (motions or stipulations to extend time must "state the reasons for the

21   extension requested").  The parties must file a proper motion or stipulation to extend time, in full

22   compliance with the Local Rules if they wish to extend any deadlines.

23          IT IS SO ORDERED.

24          DATED: October 28, 2015.

25

26                                                  _____
                                                    NANCY J. KOPPE
27                                                  United States Magistrate Judge

28