UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EVA PEREZ,<br>　　　　　　Plaintiff,<br>vs.<br>STATION CASINOS LLC, et al.,<br>　　　　　　Defendants. | Case No. 2:15-cv-01553-JAD-NJK<br><br>ORDER<br><br>(Docket No. 36) |

Pending before the Court is the Renewed Motion to Stay Proceedings filed by Defendants Station Casinos LLC and NP Texas, LLC ("Defendants"). Docket No. 36. No response was filed. *See* Docket. The Court finds this matter properly resolved without oral argument. *See* LR 78-1. For the reasons discussed below, Defendants' motion, Docket No. 36, is **GRANTED**.

Failure to file points and authorities in opposition to a motion constitutes consent that the motion be granted. LR 7-2(d); *see also Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995) (affirming dismissal of case as unopposed). As Plaintiff failed to file an opposition, the Court may grant the present motion as unopposed. Nonetheless, the Court conducts an independent review of the motion.

The Court previously stayed this matter. Docket No. 29, *affirmed*, Docket No. 33. Plaintiff's Complaint in this case arises out of Defendant Paul Nelson's alleged sexual assault of her on May 12, 2015. Docket No. 1 at 5-7. Defendant Nelson, an employee of Texas Station, is subject to a criminal prosecution for that alleged sexual assault. Docket No. 24 at 1-2. Considering the factors in *Fed. Sav. & Loan Ins. Corp. v. Molinaro*, 889 F.2d 899, 902 (9th Cir. 1989), the Court stayed this case pending the criminal prosecution of Defendant Nelson. Docket No. 29 at 3-4.

//

Those considerations are still present. Further, given that Defendant Nelson's criminal trial has been rescheduled to begin on December 5, 2016, a longer stay is warranted. Docket No. 36 at 3. Accordingly, Defendants' Renewed Motion to Stay Proceedings, Docket No. 36, is **GRANTED**. This matter is stayed in its entirety until January 26, 2017.

**IT IS FURTHER ORDERED** that, beginning November 1, 2016, the parties must file a joint status report every 30 days, updating this Court on the status of the parallel criminal proceeding against Defendant Nelson.

**IT IS FURTHER ORDERED** that, within seven days of resolution of the parallel criminal proceeding against Defendant Nelson, should it be resolved prior to January 26, 2017, the parties shall file notice of such resolution with this Court. The parties shall file a joint proposed discovery plan no later than February 2, 2017, or seven days after resolution of the criminal proceeding against Defendant Nelson, whichever comes first.

IT IS SO ORDERED.

DATED: August 12, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge