# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVA PEREZ, | Case No. 2:15-cv-01553-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| STATION CASINOS LLC, et al., | |
| Defendants. | |

On August 12, 2016, the Court granted Defendants' motion to stay the proceedings pending Defendant Nelson's criminal prosecution. Docket No. 37. The Court also ordered the parties, beginning on November 1, 2016, to file a joint status report every 30 days, updating this Court on the status of the parallel criminal proceedings against Defendant Nelson. *Id.* at 2. To date, the parties have filed no such report. *See* Docket.

Accordingly, the Court hereby **ORDERS** the parties to file their status report no later than November 8, 2016.

IT IS SO ORDERED.

DATED: November 4, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge