# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVA PEREZ, | Case No. 2:15-cv-01553-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATION CASINOS LLC, et al., | (Docket Nos. 49, 50, 51) |
| Defendant(s). | |

Defendant Station Casinos LLC filed three notices of service of subpoenas to produce documents on non-parties Christiansen Law Offices, Las Vegas Metropolitan Police Department – Records Department, and Clark County Public Defender. Docket Nos. 49, 50, 51. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the documents filed at Docket Nos. 49, 50, and 51, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge