1  Steven J. Parsons
   Nevada Bar No. 363
2  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
3  Las Vegas, NV 89145-8868
   (702) 384-9900
4  (702) 384-5900 (fax)
   Steve@SJPlawyer.com
5
   Attorneys for Plaintiff
6  **EVA PEREZ**

7               UNITED STATES DISTRICT COURT

8                    DISTRICT OF NEVADA

9  **EVA PEREZ**, an individual,                 Case No. **2:15-cv-1553-JAD-(NJK)**

10         Plaintiff,                            THE PARTIES' *REVISED* STIPULATION AND
                                                 ORDER:
11 vs.
                                                 DISMISSAL OF THE COMPLAINT,
12 **STATION CASINOS, LLC**, *et al.*,           *WITH PREJUDICE*, AS TO DEFENDANT
                                                 PAUL CONSTANTINE NELSON, *ONLY*
13         Defendants.
                                         /
14

15         Within Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED,** by the parties, through

16 their respective undersigned counsel of record, that Defendant **PAUL CONSTANTINE NELSON**

17 has been discharged from Bankruptcy in *In re: Paul C. Nelson* 15-16275 in the U.S.

18 Bankruptcy Court, District of Nevada.

19         Therefore, it is further stipulated by the parties that all claims asserted in this action

20 against Defendant Paul Constantine Nelson, *only*, be dismissed, forthwith and *with prejudice*,

21 and that each party shall bear and pay their respective fees and costs.

22         Dated: Tuesday, August 29, 2017.

23 LAW OFFICES OF STEVEN J. PARSONS              CHRISTIANSEN LAW OFFICES

24 /s/ Steven J. Parsons                         /s/ Peter S. Christiansen
   STEVEN J. PARSONS                             PETER S. CHRISTIANSEN
25 Nevada Bar No. 363                            Nevada Bar No. 5254

26 Attorneys for Plaintiff **EVA PEREZ**         Attorneys for Defendant
                                                 **PAUL CONSTANTINE NELSON**
27



1   CAMPBELL & WILLIAMS

2   /s/ Samuel R. Mirkovich
    SAMUEL R. MIRKOVICH
3   Nevada Bar No. 11662

4   Attorneys for Defendants
    **STATION CASINOS, LLC** and **NP TEXAS, LLC**

## ORDER

**IT IS SO ORDERED.**

Dated: _August 31_, 2017.

_____
UNITED STATES DISTRICT JUDGE

