1 Andrew L. Rempfer, Esq.
   Nevada Bar No.: 8628
2 LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
3 Las Vegas, NV 89145-8868
   (702) 384-9900
4 (702) 384-5900 (fax)
   Steve@SJPlawyer.com
5
   Attorneys for Plaintiff
6 **EVA PEREZ**

7         **UNITED STATES DISTRICT COURT**

8               **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  **EVA PEREZ**, an individual, | Case No. 2:15-cv-1553-JAD-(NJK) |
| 10     Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF No.: 56]** |
| 11  vs. | |
| 12  **STATION CASINOS, LLC**, *et al.*, | |
| 13     Defendants. _____/ | **[FIRST REQUEST]** |

14

15     The parties, through their respective undersigned counsel of record, hereby stipulate

16 to extend the time by which Plaintiff shall respond to Defendant's Motion for Summary

17 Judgment [ECF No.: 56]. Currently, Plaintiff's response is due September 20, 2017. The

18 parties hereby stipulate Plaintiff shall have an additional two weeks - or until October 4,

19 2017 - to respond to Defendant's Motion.

20     Pursuant to LR 6-1 and 26-4, this is Plaintiff's first request. This request is justified

21 by Plaintiff's counsel's need to oppose: (1) a motion for summary judgment in a separate

22 case; (2) a writ of prohibition in a separate case; and, (3) participate in out-of-state

23 settlement conference during this period. This request is made in good faith, and not for

24 purposes of delay.

25 . . .

26 . . .

27 . . .



Dated: Tuesday, September 12, 2017.

| LAW OFFICES OF STEVEN J. PARSONS | CAMPBELL & WILLIAMS |
|---|---|
| /s/ Andrew L. Rempfer<br>ANDREW L. REMPFER<br>Nevada Bar No. 8628 | /s/ Samuel R. Mirkovich<br>SAMUEL R. MIRKOVICH<br>Nevada Bar No. 11662 |
| Attorneys for Plaintiff **EVA PEREZ** | Attorneys for Defendants **STATION CASINOS, LLC** and **NP TEXAS, LLC** |

### ORDER

Based on the parties' stipulation **[ECF No. 58]** and good cause appearing, IT IS HEREBY ORDERED that the **plaintiff's deadline to respond to the defendant's motion for summary judgment [ECF No. 56] is extended to October 4, 2017.** Counsel is cautioned that, although a congested calendar with numerous deadlines may be good cause for a single extension of time, future requests for relief from deadlines on this basis will likely be denied. Although the court is sensitive to the occasional calendaring challenge, attorneys are responsible for balancing their workload and staffing needs to ensure that court-imposed deadlines are met.

_____
U.S. District Judge Jennifer Dorsey
September 12, 2017

