# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVA PEREZ, | Case No.: 2:15-cv-01553-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 74) |
| STATION CASINOS, LLC., *et al.*, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 74. In light of this notice, the settlement conference, scheduled for October 23, 2018, is **VACATED**. The Court **ORDERS** the parties to file a stipulation of dismissal no later than December 17, 2018.

IT IS SO ORDERED.

Dated: October 17, 2018

NANCY J. KOPPE
United States Magistrate Judge

1